IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES MOSCOU,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Ave NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff JAMES MOSCOU brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to comply with Plaintiff's FOIA request for a single FBI agent's emails from a three-week time period containing eight keywords related to its investigation into Justice Brett Kavanaugh. Even though it is public knowledge that FBI investigated Justice Kavanaugh and Justice Kavanaugh is a public official, FBI refused to confirm or deny that the records exist on privacy grounds and failed to address the public interest in these records.

## PARTIES

2. Plaintiff JAMES MOSCOU is an award-winning feature and investigative journalist. MOSCOU, through his counsel, made the FOIA request at issue in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**AUGUST 29, 2022 FOIA REQUEST**

7. On August 29, 2022, MOSCOU submitted a FOIA request to FBI for "email records of Supervisory Special Agent Todd Sandstedt from September 23, 2018, to October 7, 2018."  MOSCOU provided the following keywords for search in both body and subject line of the emails: Debbie Ramirez; DR; BK; Kavanaugh; Clune; White House; WH; and/or EOP.  A true and correct copy of the correspondence that includes the FOIA request is attached as Exhibit 1.

8. FBI assigned reference number 1558789-000 to the request.

9. On September 6, 2022, FBI denied the request in its entirety.  A true and correct copy of the Notice of Denial is attached Exhibit 2.

10. In its denial letter, FBI stated that it will "neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C)."

11. It is publicly known that the FBI investigated Justice Kavanaugh in connection with his Supreme Court nomination.

12. There is a public interest in understanding and evaluating the FBI's investigation of Justice Kavanaugh.

13. On September 13, 2022, MOSCOU, through his counsel, appealed the denial. A true and correct copy of the appeal, which was submitted via the DOJ's online portal, is attached as Exhibit 3.

14. DOJ assigned A-2022-02091 to the appeal.

15. As of the date of the filing, DOJ has not issued a response to the appeal.

16. As of the date of this filing, FBI has not complied with FOIA and has produced no records responsive to this request.

### COUNT I – AUGUST 29, 2022 FOIA REQUEST
### DEFENDANTS' FOIA VIOLATION:
### FAILURE TO CONDUCT A REASONABLE SEARCH

17. The above paragraphs are incorporated by reference.

18. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

19. Defendants FBI and DOJ are federal agencies subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendants FBI and DOJ have failed to conduct a reasonable search for records responsive to the request.

### COUNT II – AUGUST 29, 2022 FOIA REQUEST
### DEFENDANTS' FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

22. The above paragraphs are incorporated by reference.

23. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

24. Defendants FBI and DOJ are federal agencies subject to FOIA.

25. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

26. Defendants FBI and DOJ have failed to produce records responsive to the request.

**WHEREFORE,** Plaintiff asks the Court to:

    i. declare that Defendants have violated FOIA;

    ii. order Defendants to conduct a reasonable search for records responsive to the requests;

    iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

    iv. enjoin Defendants from withholding non-exempt public records under FOIA;

    v. award Plaintiffs attorneys' fees and costs; and

    vi. award such other relief the Court considers appropriate.

Dated:  October 14, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JAMES MOSCOU

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com