

Rachel Eun <eun@loevy.com>

## eFOIA Request Received

**Rachel Eun** <eun@loevy.com>  Mon, Aug 29, 2022 at 11:44 AM
To: foipaquestions@fbi.gov

Hello,

Our firm represents Mr. Jim Moscou and submitted the below FOIA request on his behalf.

It looks like some of the texts in the request do not appear correctly. To avoid any confusion, I am sending the attached document that shows the full request and also restating the request in this email. Could you please confirm receipt of this email and let me know that you are able to see all the texts in the request?

FOIA REQUEST:
Our firm represents Jim Moscou. We make this FOIA request on behalf of Jim Moscou. At all times relevant to the processing of this request, Mr. Moscou should be considered as the FOIA requester.

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Mr. Moscou seeks email records of Supervisory Special Agent Todd Sandstedt from September 23, 2018, to October 7, 2018. The keywords for search (body and subject line) are "Debbie Ramirez"; "DR"; "BK"; "Kavanaugh"; "Clune"; "White House"; "WH"; and/or "EOP."

To the extent it would expedite the processing of the request, please omit duplicate emails. Mr. Moscou also asks that you process only the "final" iteration of a given email thread. For instance, if each email thread contains 10 individual emails, we are only seeking the fully expanded last email of that thread (or conversation) that would show the entire conversation or email correspondence that have led up to the final email within the thread.

We would like the request to be in the simple track. If the search results put us in the complex track, we are willing to narrow the scope of the request after conferring with the FOIA Officer.

Mr. Moscou is a representative of the news media and asks to be categorized as a media requester. Mr. Moscou is an award-winning feature and investigative journalist, editing and reporting for such esteemed media as Newsweek, US News & World Report, The New York Times and more. He has been recognized with dozens of awards, including a National Press Club Award winner for Press Criticism, and was chosen as the Reuters American Journalism Fellow at the University of Oxford (UK) where he studied and lectured on topics of global media, globalization and terrorism. His guest commentary has also appeared in such outlets as the BBC, MSNBC, CNN, Fox News, ABC's Good Morning America, Fortune, Inc., Fast Company and others. Mr. Moscou has also served as an Adjunct Professor of Journalism at the University of Colorado, Boulder, teaching investigative and feature journalism. Mr. Moscou holds a B.A. in International Policy and Economics from Hobart College, and an M.A. in Journalism and Mass Communication from the University of Colorado, Boulder. Mr. Moscou plans to disseminate these records with the public. Finally, Mr. Moscou is not seeking these records for commercial purposes.

To the extent that the FBI does not categorize Mr. Moscou as a representative of the news media, Mr. Moscou is willing to pay up to $1,000 for the records.

**Rachel Eun** (She, Her, Hers)
Intake Coordinator and Paralegal
**p:** 312-243-5900  **f:** 312-243-5902
311 N. Aberdeen, 3rd Floor, Chicago, IL 60607
https://loevy.com/


---------- Forwarded message ---------
From: <efoia@subscriptions.fbi.gov>
Date: Mon, Aug 29, 2022 at 11:37 AM
Subject: eFOIA Request Received
To: <eun@loevy.com>

### Individual Information

| | |
|---:|:---|
| **Prefix** | |
| **First Name** | Jim |
| **Middle Name** | |
| **Last Name** | Moscou |
| **Suffix** | |
| **Email** | eun@loevy.com |
| **Phone** | |
| **Location** | United States |

## Domestic Address

| | |
|---:|:---|
| **Address Line 1** | 311 N Aberdeen St |
| **Address Line 2** | Suite 300 |
| **City** | Chicago |
| **State** | Illinois |
| **Postal** | 60605 |

## Agreement to Pay

| | |
|---:|:---|
| **How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
| **Allow up to $** | 1,000 |

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

> Mr. Moscou is a representative of the news media and asks to be categorized
> as a media requester. Mr. Moscou is an award-winning feature and
> investigative journalist, editing and reporting for such esteemed media as
> Newsweek, US News & World Report, The New York Times and more. He has been
> recognized with dozens of awards, including a National Press Club Award
> winner for Press Criticism, and was chosen as the Reuters American
> Journalism Fellow at the University of Oxford (UK) where he studied and
> lectured on topics of global media, globalization and terrorism. His guest
> commentary has also appeared in such outlets as the BBC, MSNBC, CNN, Fox
> News, ABC's Good Morning America, Fortune, Inc., Fast Company and
> others.
> Mr. Moscou has also served as an Adjunct Professor of Journalism at the
> University of Colorado, Boulder, teaching investigative and feature
> journalism. Mr. Moscou holds a B.A. in International Policy and Economics
> from Hobart College, and an M.A. in Journalism and Mass Communication from
> the University of Colorado, Boulder. Mr. Moscou plans to disseminate these
> records with the public. Finally, Mr. Moscou is not seeking these records
> for commercial purposes.

**Documentation Files**

## Non-Individual FOIA Request

| | |
|---|---|
| **Request Information** | ```
Our firm represents Jim Moscou. We make this FOIA request on behalf of Jim
Moscou. At all times relevant to the processing of this request, Mr. Moscou
should be considered as the FOIA requester.


Pursuant to the Freedom of Information Act (â€œFOIAâ€), 5 U.S.C. Â§ 552, Mr.
Moscou seeks email records of Supervisory Special Agent Todd Sandstedt from
September 23, 2018, to October 7, 2018. The keywords for search (body and
subject line) are â€œDebbie Ramirezâ€; â€œDRâ€; â€œBKâ€;
â€œKavanaughâ€; â€œCluneâ€; â€œWhite
Houseâ€; â€œWHâ€; and/or â€œEOP.â€


To the extent it would expedite the processing of the request, please omit
duplicate emails. Mr. Moscou also asks that you process only the â€œfinalâ€
iteration of a given email thread. For instance, if each email thread
contains 10 individual emails, we are only seeking the fully expanded last
email of that thread (or conversation) that would show the entire
conversation or email correspondence that have led up to the final email
within the thread.
``` |

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIâ€™s electronic FOIA Library (The Vault) on the FBIâ€™s public website, http://vault.fbi.gov by clicking on the â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.



**U.S. Department of Justice**

**Federal Bureau of Investigation**
Washington, D.C. 20535

Exhibit 2

September 6, 2022

MR. MATTHEW TOPIC
LOEVY & LOEVY, ATTORNEYS AT LAW
SUITE 300
311 NORTH ABERDEEN STREET
CHICAGO, IL 60605

Request No.: 1558789-000
Subject: SANDSTEDT, TODD ET AL. (Email Records from September 23, 2018 – October 7, 2018)

Dear Mr. Topic:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA Request Number listed above has been assigned to your request. Below you will find information relevant to your request. Please read each paragraph carefully.

You have requested records on one or more third party individuals. Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). The mere acknowledgement of the existence of FBI records on third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist. As a result, your request has been closed. Please visit www.fbi.gov, select "Services," "Information Management," and "Freedom of Information/Privacy Act" for more information about making requests for records on third party individuals (living or deceased).

If you submitted your request through the FBI's eFOIPA portal and you are receiving correspondence through standard mail, it was determined your request did not meet the eFOIPA terms of service.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Enclosed for your information is a copy of the Explanation of Exemptions.

Sincerely,

Michael G. Seidel
Section Chief,
Record/Information
 Dissemination Section
Information Management Division

Enclosure

Exhibit 3

# Appeal

doj-foia.entellitrak.com/etk-doj-foia-prod/workflow.do



A-2022-02091

Requester: Topic, Matt

Status: In Progress *expand_less*

*expand_more* Workflow

Appeal Information

09/13/2022

OIP

Email

1558789

FBI

Greetings. FBI has asserted a Glomar/categorical response for FBI emails related to its investigation into then-Supreme Court nominee Brett Kavanaugh. Because it is already well-known that the FBI conducted this investigation and because Kavanaugh was and is a public official, FBI cannot rely on such a response but must address the privacy/public interest balance for each individual document. Citizens for Resp. & Ethics in Washington v. U.S. Dep't of Just., 746 F.3d 1082, 1096 (D.C. Cir. 2014); Elec. Priv. Info. Ctr. v. United States Dep't of Just., 18 F.4th 712, 719 (D.C. Cir. 2021).

No

No

Matt

Topic

matt@loevy.com

counsel for requester