UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MOSCOU,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>    Defendants. | Civil Action No. 22-3125 (CKK) |

## JOINT STATUS REPORT

Plaintiff James Moscou and Defendants Department of Justice and Federal Bureau of Investigation hereby file this Joint Status Report in accordance with the Court's December 14, 2022, Order (ECF No. 13).

This is a suit under the Freedom of Information Act, where the agency asserted a *Glomar* response. The parties proposed the following summary judgment briefing schedule below:

- Defendants will file their Motion for Summary Judgment and supporting documentation by Wednesday, April 5, 2023.

- Plaintiff will file his Opposition and any Cross Motion for Summary Judgment and supporting documentation by Friday, May 5, 2023.

- Defendants will file their Reply and Opposition to Plaintiff's Cross Motion by Friday, May 26, 2023.

- Plaintiff will file his cross-reply by Friday, June 16, 2023.

The parties also propose that they be able to dispense with a statement of facts.

| | |
|---|---|
| Date:  February 1, 2023<br>       Washington, DC | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar #481052 |
| */s/ Matthew V. Topic* | United States Attorney |
| Matthew Topic, D.C. Bar No. IL0037 | |
| Josh Loevy, D.C. Bar No. IL0105 | BRIAN P. HUDAK |
| Merrick Wayne, D.C. Bar No. IL0058 | Chief, Civil Division |
| Shelley Geiszler, D.C. Bar No. IL 0087 | |
| LOEVY & LOEVY | By:  */s/ Sam Escher* |
| 311 N. Aberdeen, Third Floor |         Sam Escher, D.C. Bar #1655538 |
| Chicago, IL 60607 |         Assistant United States Attorney |
| (312) 243-5900 |         601 D Street, N.W. |
| foia@loevy.com |         Washington, D.C. 20530 |
| |         (202) 252-2531 |
| Attorneys for Plaintiff |         Sam.Escher@usdoj.gov |
| | |
| | Attorneys for Defendants |